STATE OF CONNECTICUT *v.* JOSEPH SPATES

The defendant's motion for a review of the denial by the Superior Court in New Haven County of his "Motion for Discharge of Case" is granted and the relief sought therein is denied.

*Donald D. Dakers,* in support of the motion.

Submitted March 9—decided April 6, 1976

MYRNA LABOW *v.* RONALD I. LABOW

The plaintiff's motion to dismiss the appeal from the Superior Court in Fairfield County is denied.

*Alan S. Mall,* for the appellee (plaintiff).

*Jeroll R. Silverberg,* for the appellant (defendant).

Argued April 6—decided April 6, 1976

LOUIS SEMLER *v.* ANTHONY RUSSO ET AL.

The named defendant's motion to dismiss the appeal from the Superior Court in New Haven County is granted.

*Kenneth J. Mulvey, Jr.,* for the appellee (named defendant).

*Joseph B. Lukas,* for the appellant (plaintiff).

Argued April 6—decided April 6, 1976

DWIGHT BUILDING COMPANY, INC. *v.* POWELL AND MINNOCK BRICK WORKS, INC.

The plaintiff's motion to dismiss the appeal from the Superior Court in New Haven County is granted.

*John C. King,* for the appellee (plaintiff).

*John A. Keyes,* for the appellant (defendant).

Argued April 6—decided April 6, 1976